FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 28  AM 11: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN J. SCHOUEST, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 05-132 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "C"(5) |

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is hereby remanded to the Commissioner for consideration of plaintiff's application beyond the second step of the five-step sequential analysis.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

New Orleans, Louisiana, this 27 day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE